United States Court of Appeals

For the Eighth Circuit

_____

No. 15-3462
_____

Cedric Greene, Jr.

*Plaintiff - Appellant*

v.

Terri Harris; Vicki Broach

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: March 24, 2016
Filed: April 12, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Cedric Greene appeals the district court's[1] 28 U.S.C. § 1915(e)(2)(B) preservice dismissal of his pro se complaint against two defendants. After carefully reviewing the record, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (§ 1915(e)(2)(B) dismissal reviewed de novo), we find no basis to reverse the dismissal as to either defendant, see Anderson v. Larson, 327 F.3d 762, 768-69 (8th Cir. 2003) (prosecutors are entitled to absolute immunity for decision to drop charges); see also Ashcroft v. Iqbal, 556 U.S. 662, 678-79 (2009) (pleading must contain sufficient factual matter to state claim that is plausible on its face). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Greene's pending motion.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, now retired, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.